PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $49,470.63 SEIZED FROM WELLS FARGO BANK, N.A. ACCOUNT NUMBER 1270663923, HELD IN THE NAME OF JULIUS GARTNER,<br><br>APPROXIMATELY $41.39 SEIZED FROM WELLS FARGO BANK, N.A. ACCOUNT NUMBER 1270808908, HELD IN THE NAME OF JULIUS GARTNER, AND<br><br>APPROXIMATELY $40.13 SEIZED FROM WELLS FARGO BANK, N.A. ACCOUNT NUMBER 3401395979, HELD IN THE NAME OF THINK PROCESSING, LLC, JULIUS JAHMAL GARTNER,<br><br>      Defendants. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Julius Gartner on behalf of himself and Think Processing, LLC, appearing *in propria persona* ("claimants"), as follows:

1.      On or about December 26, 2023, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant

1  funds").

2      2.    Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is May 24, 2024.

    3.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 24, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    4.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to June 24, 2024.

Dated: 5/17/2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/21/2024

/s/ Julius Gartner
JULIUS GARTNER
Potential claimant on behalf of himself and
Think Processing, LLC
Appearing *in propria persona*
940 Bordona Lane
Tracy, CA 95376
(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: _____

_____
United States District Judge